**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALEXANDER FREUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15 cv 7965 |
| | ) | |
| UBS FINANCIAL SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
AND FOR EXPEDITED RULING**

Plaintiff Alexander Freund respectfully moves this Court pursuant to Fed. R. Civ. P. 65, for an injunction order prohibiting Defendant UBS Financial Services, Inc. ("UBS" or the "Company") from proceeding with its arbitration before the Financial Advisory Regulatory Authority ("FINRA") Office of Dispute Resolution entitled *UBS Financial Services, Inc. v. David Kinnear, Kathleen Bakas, Steven Fryman, Alexander Freund, and Wells Fargo Advisors, LLC*, Case No. 12-00554, scheduled to begin on October 26, 2015 (the "FINRA Arbitration") against Mr. Freund. In support of his Motion, Mr. Freund states as follows:

**A.    EXPEDITED RULING REQUESTED  (PRIOR TO OCTOBER 26, 2015)**

1.      Mr. Freund is not, and has never been, a party to any arbitration agreement with Defendant UBS. Nevertheless, the Company continues to pursue a multi-million dollar FINRA Arbitration against him. (*See,* Dkt. 1, at ¶ 3).

2.      On September 8, 2015, FINRA issued a notice of hearing location, scheduling a two-week merits hearing in Chicago, starting on October 26, 2015. (*Id.*, at ¶ 4). Plaintiff therefore requests that the Court enter an injunction against UBS prior to October 26, 2015.

3.      Although Defendant has not yet filed an appearance in this proceeding, Plaintiff's Complaint was personally served on September 16, 2015, and Plaintiff is formally serving UBS with this Motion and his supporting Memorandum of Law, along with the required Notice of Motion, using the same means.

4.      In addition, and contemporaneous with the filing of this Motion, Plaintiff is serving a copy of his Complaint, this Motion, his supporting Memorandum of Law, and the required Notice of Motion upon UBS's legal counsel in the FINRA Arbitration, via e-mail and hand delivery, as more fully set in the applicable Certificate of Service.

### B.    MOTION FOR PRELIMINARY INJUNCTION

5.      On September 10, 2015 – two days after FINRA issued its notice of hearing location – Plaintiff Freund filed a two-count complaint seeking, *inter alia*, a declaratory judgment that he has no obligation to participate in the FINRA Arbitration, is beyond the jurisdiction of the FINRA arbitrators, and will otherwise not be bound by any determinations, findings, conclusions, orders, or awards made in or rendered as a result of the FINRA Arbitration.  (*Id.* at ¶¶ 1-30).

6.      Because he is not a party to any arbitration agreement with UBS, and never agreed to arbitrate the Company's claims against him, Mr. Freund requires an injunction to prevent UBS from proceeding with the FINRA Arbitration hearing against him on October 26, 2015.  (*Id.*, at ¶¶ 31-36).

7.      In further support of this Motion, Plaintiff Freund adopts and incorporates by reference the facts and arguments set forth in his supporting Memorandum of Law, filed contemporaneously with this Motion.

WHEREFORE, for all of the reasons set forth above and in his supporting Memorandum

of Law, Plaintiff Alexander Freund respectfully requests that this Court grant this Motion and

enter an Order:

A. Setting an expedited briefing schedule with respect to this Motion, with response and reply briefs to be filed sufficiently in advance to allow the Court to fully consider this issue and enter its ruling before October 26, 2015;

B. Granting a preliminary and permanent injunction enjoining Defendant UBS Financial Services, Inc. (along with any individual or entity in active concert or participation with Defendant) from prosecuting any claims against, proceeding as to, or otherwise maintaining or continuing the FINRA Arbitration as to Plaintiff Alexander Freund;

C. Awarding Mr. Freund his actual costs and attorneys' fees incurred in connection with this matter; and

D. Providing any further relief the Court deems just and proper.

Dated: September 17, 2015                              Respectfully submitted,

                                                      **ALEXANDER FREUND, Plaintiff**


                                                      By: ___/s/ Christopher S. Griesmeyer_____
                                                              One of his Attorneys



Christopher S. Griesmeyer (ARDC No. 6269851)
Mack H. Reed (ARDC No. 6287171)
GREIMAN, ROME & GRIESMEYER, LLC
200 W. Madison, Suite 755
Chicago, IL 60606
Phone: (312) 428-2750
Fax: (312) 332-2781
cgriesmeyer@grglegal.com
mreed@grglegal.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court via the CM/ECF System, which will send notification of such filing to those registered to receive electronic notices via e-mail transmission at the e-mail addressed provided by them.

I further certify that on September 17, 2015, I caused a copy of the foregoing to be placed for personal service on Defendant UBS Financial Services, Inc., at its registered agent:

Illinois Corporation Service Company
801 Adlai Stevenson Drive,
Springfield, Illinois 62703

I further certify that on September 17, 2015, I caused a copy of: (a) Plaintiff's *Complaint for Injunctive and Other Relief* (Dkt. No. 1), (b) Plaintiff's *Motion for Preliminary Injunction and for Expedited Ruling*, (c) Plaintiff's *Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction*, and (d) the attendant *Notice of Motion*, to be served upon all counsel of record in the pending FINRA Arbitration, via e-mail and messenger delivery as follows:

| | |
|---|---|
| **Counsel for Claimant, UBS Financial Services, Inc.:** | **Counsel for Respondents, David Kinnear, Kathleen Bakas and Wells Fargo Advisors, LLC:** |
| Michael B. Roche | |
| Michael T. Roche | Gary I. Blackman |
| Michael J. Faley | Jason B. Hirsch |
| Schuyler, Roche & Crisham, P.C. | Levenfeld Pearlstein, LLC |
| Two Prudential Plaza | Two North LaSalle, Suite 1300 |
| 180 North Stetson Ave., Suite 3700 | Chicago, Illinois 60606 |
| Chicago, Illinois 60601 | gblackman@lplegal.com |
| mroche@srcattorneys.com | jhirsch@lplegal.com |
| mtroche@srcattorneys.com | |
| mfaley@srcattorneys.com | |
| | |
| **FINRA Case Administrator:** | **Counsel for Respondents, Steven Fryman and Alexander Freund:** |
| Elizabeth A. Muldoon | |
| Midwest Regional Office | |
| 55 West Monroe Street, Suite 2600 | [no service required -- represented |
| Chicago, Illinois 60603-5104 | by undersigned counsel] |
| Elizabeth.Muldoon@finra.org | |

4

5

I certify under penalty of perjury that the foregoing statements set forth in this Certificate of Service are true and correct:

_____                    Executed on September 17, 2015

Christopher S. Griesmeyer

ARDC No. 6269851
Greiman, Rome & Griesmeyer, LLC
200 West Madison, Suite 755
Chicago, Illinois 60606
T: (312) 428-2750
F: (312) 332-2781
cgriesmeyer@grglegal.com